# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| RECO RONTAZA WILLINGHAM ) | |
| ) | |
| vs.   ) | Case No. 5:12-cv-08034-IPJ-HGD |
| ) | |
| UNITED STATES OF AMERICA ) | |

## MEMORANDUM OPINION

On September 10, 2012, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On September 24, 2012, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the Motion to Vacate, Set Aside or Correct Sentence be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 9th day of October 2012.

*/s/ Inge Prytz Johnson*
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE